UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINGLING FAN, <br><br> Plaintiff, <br><br> -against- <br><br> AMAZON.COM, INC., <br><br> Defendant. | 24-CV-8912 (LTS) <br><br> ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated January 6, 2025, the Court directed Plaintiff, within thirty days, to submit a completed "Plaintiff's Certification and Warnings." That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted the signed signature page. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   February 20, 2025
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge